IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GINA SERRANO,**

    **Plaintiff,**

vs.                                                          Case No. 4:19-cv-241-AW-HTC

**ANDREW SAUL, Commissioner of
The Social Security Administration,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND AFFIRMING COMMISSIONER'S DECISION

    I have carefully considered the magistrate judge's August 7, 2020 Report and Recommendation, ECF No. 22, to which no objections have been filed. I now conclude that the Report and Recommendation should be approved, and it is adopted and incorporated by reference into this order. The Clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The Clerk will then close the file.

    SO ORDERED on September 16, 2020.

                                                     s/ *Allen Winsor*
                                                     United States District Judge